# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 28, 2024

*By the Court*:

No. 23-2497

| | |
|---|---|
| MANUEL ANTONIO HERRERA HERNANDEZ,<br>*Plaintiff-Appellant*, | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| v. | |
| | No. 22-cv-508 |
| THERESA LEE, et al.,<br>*Defendants-Appellees*. | Stephen C. Dries,<br>*Magistrate Judge*. |

## O R D E R

After reviewing the parties' briefs and the record on appeal, this court has determined that it would benefit from additional briefing and oral argument. *See* FED. R. APP. P. 34(a)(2)(C). We *sua sponte* recruit counsel to submit new briefing and argue on behalf of the appellant, Manuel Antonio Herrera Hernandez. Counsel's brief should address any argument that counsel deems appropriate.

The briefs previously filed in this appeal are **STRICKEN**. An order designating counsel and setting a briefing schedule will follow.